1

2

3

E-filed 2/28/2017

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

ROBERT W CABELL,

Case No.15-cv-00771-EJD   (HRL)

8

Plaintiff,

**ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF WITHOUT PREJUDICE**

9

v.

10

ZORRO PRODUCTIONS INC., et al.,

Re: Dkt. No. 136

11

Defendants.

12

Plaintiff Robert Cabell ("Cabell") has filed an administrative motion requesting to be

13

excused from the in-person-meeting requirement of the undersigned's Standing Order Re: Civil

14

Discovery Disputes.  Cabell asks that the court permit counsel to satisfy the meet-and-confer

15

requirements by telephone, as the parties' attorneys are located in New Orleans and Los Angeles,

16

respectively, and meeting in person would be burdensome.

17

The Standing Order Re: Civil Discovery Disputes states that lead counsel must meet "IN

18

PERSON for as long and as often as is needed to reach full agreement."  The Standing Order also

19

states that, "[e]xcept in extreme circumstances, excuses [for not meaningfully participating in a

20

meet-and-confer] such as press of business, inconvenience, or cost will not suffice."  Cabell has

21

not provided any reasons for the requested relief approaching "extreme circumstances."  Nor has

22

Cabell suggested that the parties have met-and-conferred via telephone about the present dispute

23

to date.

24

In light of the above, the court denies the present administrative motion without prejudice.

25

Counsel shall meet and confer via telephone to attempt to resolve the dispute.  Counsel may file a

26

renewed motion for relief from the in-person-meeting requirement if they are unable to resolve

27

their dispute via telephone *and* if they are able to demonstrate circumstances beyond "press of

28

business, inconvenience, or cost" to justify their request.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: 2/28/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

United States District Court
Northern District of California