UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT W. CABELL,<br><br>  Plaintiff,<br><br>  v.<br><br>ZORRO PRODUCTIONS INC., et al.,<br><br>  Defendants. | Case No. 5:15-cv-00771-EJD<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 138 |

Plaintiff's motion for partial summary judgment (Dkt. No. 138) is DENIED WITHOUT PREJUDICE. Under ADR Local Rule 7-2, this case is referred to Magistrate Judge Susan Van Keulen for a settlement conference to occur no later than October 11, 2017. The parties are instructed to contact Judge Van Keulen's Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: July 14, 2017

EDWARD J. DAVILA
United States District Judge