UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERT W CABELL,

    Plaintiff,

v.

ZORRO PRODUCTIONS INC., et al.,

    Defendants.

Case No. 5:15-cv-00771-EJD

**PRETRIAL ORDER (JURY)**

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
| --- | --- |
| Final Pretrial Conference | 11:00 a.m. on July 26, 2018 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | July 12, 2018 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | July 27, 2018 |
| Trial Exhibits | July 31, 2018 |
| Jury Selection | 9:00 a.m. on August 7, 2018 |
| Jury Trial[1] | August 7, 8, 10, 14, 15, 17, 21, 22, 24, and 28, 2018 |

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the

| Jury Deliberations | August 28, 2018 |
|---|---|

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: November 27, 2017

_____
EDWARD J. DAVILA
United States District Judge

---

Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:15-cv-00771-EJD
PRETRIAL ORDER (JURY)