UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT W CABELL,<br><br>Plaintiff,<br><br>v.<br><br>ZORRO PRODUCTIONS INC., et al.,<br><br>Defendants. | Case No. 5:15-cv-00771-EJD<br><br>**ORDER DENYING MOTIONS FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. Nos. 226, 229 |

Both parties have filed motions for leave to submit supplemental briefing in connection with their motions for summary judgment. Dkt. Nos. 226, 229. Under Local Rule 7-3(d), "[o]nce a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval," except for (1) an objection to reply evidence; or (2) a new relevant judicial opinion. This Court has already given the parties an opportunity for supplemental briefing, Dkt. No. 213, and the parties' requests come many weeks later. Neither party has adequately explained why it would have been impossible to obtain the supplemental information before filing for summary judgment or—at the very least—before they submitted their supplemental briefs. In any event, none of the supplemental information materially impacts the Court's considerations on summary judgment. Accordingly, the motions at Dkt. Nos. 226 and 229 are DENIED.

**IT IS SO ORDERED.**

Dated: May 11, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-00771-EJD
ORDER DENYING MOTIONS FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING
1