UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CABELL,<br><br>    Plaintiff,<br><br>    v.<br><br>ZORRO PRODUCTIONS INC.,<br><br>    Defendant. | Case No. 18-mc-80100-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above-captioned case is referred to Judge Edward J. Davila to determine whether it is related to *Robert Cabell v. Zorro Productions, Inc., et al.* Case No. 15-cv-00771-EJD.

**IT IS SO ORDERED**.

Dated: June 26, 2018

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge